WILLIAM ZAKUTYNSKI, RESPONDENT, v. MARY LIVESE, APPELLANT.

Submitted October 26, 1928—Decided February 4, 1929.

For the respondent, *J. S. T. Stranahan Ely.*

For the appellant, *Collins & Corbin.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-CHARD, KALISCH, KATZENBACH, LLOYD, WHITE, VAN BUS-KIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.